YAAKOV M. ROTH
Acting Assistant Attorney General,
U.S. Department of Justice, Civil Division
LINDSAY M. VICK
Senior Litigation Counsel
Office of Immigration Litigation
JAMES A. HURLEY (MD Atty ID No. 0612120405)
Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division

    P.O. Box 878, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 305-1889
    Fax: (202) 616-9366
    James.Hurley@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORHAN BORAK,<br><br>    Plaintiff,<br><br>v.<br><br>KIKA SCOTT[1], Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services,<br><br>    Defendant. | Case No. 4:24-cv-09471-HSG<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until August 29, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services Kika Scott substitutes former Director Ur M. Jaddou.

Stipulation to Stay
C 4:24-cv-09471-HSG                      1

1. Plaintiff filed this mandamus action seeking adjudication of his Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") scheduled an interview for April 24, 2025. USCIS will work diligently towards completing adjudication of the I-589 application, absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication.

2. Plaintiff agrees to submit all supplemental documents and evidence to USCIS seven to ten days prior to the agreed upon scheduled interview. Plaintiff agrees that failure to timely submit this evidence may result in the rescheduling of the interview at no fault of USCIS.

3. If needed by Plaintiff or their dependent(s), Plaintiff shall bring their own interpreter to their asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13. Plaintiff recognizes that failure to bring an interpreter to their interview may result in the interview being rescheduled at no fault of USCIS.

4. Upon receipt of USCIS' decision, Plaintiff agrees to voluntarily dismiss the case.

5. The parties agree to bear their own litigation costs and attorney fees.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until August 29, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

| | | |
|---|---|---|
| 1 | Dated: March 5, 2025 | Respectfully submitted,[2] |
| 2 | | YAAKOV M. ROTH |
| | | Acting Assistant Attorney General |
| 3 | | |
| | | LINDSAY M. VICK |
| 4 | | Senior Litigation Counsel |
| 5 | | */s/ James A. Hurley* |
| | | JAMES A. HURLEY |
| 6 | | Attorney |
| | | Attorneys for Defendants |
| 7 | | |
| 8 | Dated: March 5, 2025 | */s/ Megan Nicole Guzman* |
| 9 | | MEGAN NICOLE GUZMAN |
| | | Attorney for Plaintiff |

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 3/11/2025

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge